NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANNY BECKNER,                           )
                                         )
        Appellant,                  )
                                         )
v.                                       )    Case No. 2D18-4193
                                         )
STATE OF FLORIDA,                        )
                                         )
        Appellee.                   )
_____ )

Opinion filed July 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Wayne M. Durden,
Judge.

Danny Beckner, pro se.


PER CURIAM.


        Affirmed.


KHOUZAM, C.J., and NORTHCUTT and BADALAMENTI, JJ., Concur.